UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BVD PETROLEUM US, INC., | No. 2:19-cv-02137-KJM-KJN |
| Plaintiff, | ORDER VACATING HEARING AND ORDER TO RESPOND |
| v. | |
| MB XPRESS, INC, et al., | |
| Defendants. | |

Presently pending before the court is Plaintiff's motion for default judgment against all Defendants, which is set for hearing on January 23, 2020. (ECF No. 10.) Pursuant to Local Rule 230(c), Defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days prior to the hearing date, i.e., by January 9. Although that deadline has passed, no opposition or statement of non-opposition was filed.

Out of an abundance of caution, and in light of the Court's desire to resolve actions on the merits, the Court provides Defendants with one additional, final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 23, 2020 hearing on Plaintiff's motion for default judgment is VACATED. The Court takes this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will reschedule a hearing at a

1

1. future date on its own motion, if necessary;
2. Opposition shall be filed no later than February 7, 2020, and Plaintiff's reply brief, if any, is due February 14, 2020;
3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed to be consent by each to a summary grant of the motion, and may result in the imposition of a default judgment against each Defendant; and
4. Plaintiff shall promptly serve a copy of this order on Defendants at their last-known address(es), and file a proof of service.

Dated: January 13, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bvd.2137